AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\_\_\_\_****\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

DARREN A. LUNFORD,

    Plaintiff,

v.

ROMEO ARANAS, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00325-MMD-VPC**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the motion for voluntary dismissal (ECF No. 5) is granted.

November 10, 2016                              **LANCE S. WILSON**
                                                                                   Clerk

                                                                                    /s/ K. Rusin
                                                                                    Deputy Clerk